AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| National Home Insurance Company, a Risk Retention Group,<br>*Petitioner*<br>v.<br>Ruth Bridges; Bonnie Jean Hardin; Kimberly Golen; Jeffrey K. Bridges,<br>*Respondents,* | )<br>)<br>)  Civil Action No.    6:15-cv-04417-MGL<br>)<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: It is ordered that Petitioner's motion seeking an order compelling arbitration is granted and that Petitioner's motion seeking an order staying the state court action is denied, and this case is closed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary G. Lewis.

Date:   October 30, 2015                                            *ROBIN L. BLUME, CLERK OF COURT*

                                                                                    *s/Ashley Buckingham*
                                                                              *Signature of Clerk or Deputy Clerk*